evidence in the record showing the amount to be deducted for freight charges under the contract of shipment.

McKEON, Appellant, v. GILBERT, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by John McKeon against Bradford L. Gilbert. No opinion. Motion denied, with costs. See, also, 137 App. Div. 893, 121 N. Y. Supp. 1139.

In re McLENNAN. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) In the matter of the application of Roderick C. McLennan for an order requiring Bert W. Moyer, as treasurer, etc., to file an amended statement, etc. PER CURIAM. Order and judgment affirmed, with costs, on opinion of ANDREWS, J., reported at 65 Misc. Rep. 644, 122 N. Y. Supp. 409. WILLIAMS, J., dissents. McLENNAN, P. J., not sitting.

McMANUS v. RURANT. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Francis M. McManus against Howard M. Rurant. No opinion. Motion granted on terms stated in order. Order filed. See, also, 127 N. Y. Supp. 497.

McNIECE, Respondent, v. PRESS PUBLISHING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by William B. McNiece against the Press Publishing Company. H. Taylor, for appellant. W. E. Cook, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 125 N. Y. Supp. 1130.

McNULTY BROS., Appellant, v. OFFERMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by McNulty Bros. against Carsten Henry Offerman and others. PER CURIAM. The order refusing to strike out the findings of fact was reversed, and the motion was granted. There remained, therefore, no findings of fact to be reviewed; but, as was stated in the opinion, the judgment is to be treated as one of nonsuit, and all of the evidence and the inferences to be drawn therefrom are to be taken most strongly in favor of these appellants. Because we deem the proposed recital in the order unnecessary, so far as these moving parties are concerned, the motion is denied, without costs. See, also, 126 N. Y. Supp. 755.

MACRAY, Respondent, v. FOWLER, Appellant. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by Churchill C. Macray against Julia E. Fowler. W. F. Fowler, for appellant. S. H. Sternberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MAIN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by Laura Main against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the defendant was not shown guilty of actionable negligence, nor the plaintiff free from contributory negligence.

MALONE, FT. C. & H. P. R. CO., Appellant, v. SPUYTEN DUYVIL CONST. CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by the Malone, Ft. Covington & Hopkins Point Railroad Company against the Spuyten Duyvil Construction Company and others. No opinion. Judgment and order unanimously affirmed, with costs.

In re MANHATTAN BRIDGE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) In the matter of the application of the City of New York relative to acquiring title, etc., to lands for approach to Manhattan Bridge (Bridge No. 3), etc., in the Fourth, Fifth, and Eleventh Wards, Borough of Brooklyn, City of New York; Christine Camichel, petitioner. No opinion. Matter referred to John A. Warren, Esq., to take proof and report. See, also, 108 N. Y. Supp. 366; 136 App. Div. 897, 120 N. Y. Supp. 1134.

In re MANHATTAN BRIDGE TERMINAL IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) In the matter of the application of the City of New York, relative to acquiring title, etc., to lands for a plaza, at the Manhattan Bridge Terminal, in the Borough of Brooklyn, City of New York, etc.; Louise Neussell, petitioner. No opinion. Motion granted.

MANNING, Appellant, v. GRANT, Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Nora Manning, as executrix, etc., against Mary J. Grant. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 134 App. Div. 989, 119 N. Y. Supp. 1134.

MARCONE et al., Respondents, v. GRAGNANO, Appellant. (Supreme Court, Appellate Division, Second Department. February 10, 1911.) Action by Eusanio Marcone and another against Gennaro Gragnano. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

MARCUS, Appellant, v. LONDON REALTY CO., Respondent. (Supreme Court, Appellate

Division, Second Department. January 27, 1911.) Action by Isidor Marcus against the London Realty Company. No opinion. Motion denied, without costs.

MARTIN, Appellant, v. NATIONAL DRILL & MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by James E. Martin against the National Drill & Manufacturing Company. H. S. Sayers, for appellant. M. W. Norman, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MARTIN, Respondent, v. PULLMAN CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by James Martin against the Pullman Company. No opinion. Order affirmed, with $10 costs and disbursements.

MARTORELLO, Appellant, v. CONEY ISLAND GRAVESEND RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by Salvatore Martorello against the Coney Island Gravesend Railway Company.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the question of plaintiff's contributory negligence was not one of law.

RICH, J., dissents.

MASHBIR, Appellant, v. LEVINGSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by Joseph Mashbir against Isaac Levingson and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re MAUL. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) In the matter of the application of A. George Maul for admission to the bar. No opinion. Application granted.

MERCHANT v. RYALL et al. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by Metta F. Merchant, as administratrix, etc., against George M. Ryall and others. No opinion. Motion for stay denied, with costs, and temporary stay vacated.

METROPOLITAN CASUALTY INS. CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by the Metropolitan Casualty Insurance Company against the city of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

MEYER, Respondent, v. MARCOFSKY, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action

by Nicholas Meyer against Louis Marcofsky. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

MIDWOOD PARK CO., Appellant, v. BAKER et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by the Midwood Park Company against Bertha G. McLaughlin Baker and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, and stay contained in the order to show cause vacated. See, also, 127 N. Y. Supp. 48.

MILLER, Appellant, v. GREENSPAN, Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Henry Miller against Alexander Greenspan.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event. Defendant was not entitled to a lien upon plaintiff's safe for storage charges. Merritt v. Peirano, 10 App. Div. 563, 42 N. Y. Supp. 97. While defendant may have a cause of action in tort for a trespass upon his premises, this claim is not the proper subject of counterclaim in this action. Bernheimer v. Hartmayer, 50 App. Div. 316, 63 N. Y. Supp. 978.

MOORE v. MOORE. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Proceeding by Sarah A. Moore against Wm. J. Moore, an incompetent. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

MOORE, Respondent, v. REINHARDT, Appellant. (Supreme Court, Appellate Division, First Department. February 17, 1911.) Action by Phil H. Moore against J. Thomas Reinhardt. F. L. Crocker, for appellant. S. S. Watson, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 136 App. Div. 617, 121 N. Y. Supp. 205.

MORGAN v. TICHENOR GRAND CO. (two cases). PETRANTONI v. NEW YORK TAXICAB CO. (two cases). (Supreme Court, Appellate Division, First Department. January 27, 1911.) Actions by Rollin M. Morgan against the Tichenor Grand Company and by Calogaro Petrantoni against the New York Taxicab Company. No opinions. Applications denied, with $10 costs. Orders signed.

MORSON, Respondent, v. HOCH, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Walter E. Morson against Martha Hoch. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 139 App. Div. 919, 124 N. Y. Supp. 1122.

MOSCOWITZ, Respondent, v. SASSULSKY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Sam Moscowitz against Samuel Sassulsky and another. No opinion. Mo-